**Fill in this information to identify the case:**

Debtor name    Bellaviva at Whispering Hills, LLC

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    6:25-bk-06655

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒ *Schedule H: Codebtors* (Official Form 206H)
☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    October 28, 2025    **X** /s/   Jean Marsan
                                                Signature of individual signing on behalf of debtor

                                                Jean Marsan
                                                Printed name

                                                Manager
                                                Position or relationship to debtor

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

## CORPORATE RESOLUTIONS – BELLAVIVA AT WHISPERING HILLS

At a special meeting of the members of Bellaviva at Whispering Hills, LLC, a Delaware limited liability company ("BWH"), duly constituted and held virtually on October 15, 2025, the following resolutions were discussed and thereafter adopted by unanimous consent (collectively, the "Resolutions"):

WHEREAS, the BWH members have evaluated and considered the financial condition, results of operations and projected cashflows of BWH, real estate purchase offer received by BWH and other available options, along with information and recommendations from legal counsel and other professional advisors; and

NOW, THEREFORE, BE IT:

RESOLVED, that in the judgment of the members, it is in the best interests of BWH, its employees, creditors and other interested parties, that BWH pursue the sale of all assets to Sun Terra Communities V, LLC ("Sun Terra") through the filing of a voluntary petition under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code");

RESOLVED, that the Manager (the "Authorized Officer") is hereby authorized, empowered and directed, on behalf of BWH, to take all necessary actions and make all necessary preparations for BWH to commence a case under Chapter 11 of the Bankruptcy Code (the "Chapter 11 Case"), and to commence the Chapter 11 Case, in the U.S. Bankruptcy Court for the Middle District of Florida, Orlando Division (the "Bankruptcy Court"), on or about October 15, 2025;

RESOLVED, that the Authorized Officer of BWH shall be and hereby is authorized and directed to do and perform all such acts and things to be prepared to execute and file all petitions, plans, pleadings, schedules, lists, statements, applications, documents, certificates and other papers, and to take such other steps as may be deemed necessary or desirable to conduct the Chapter 11 Case and to effectuate the desired sale of BWH;

RESOLVED, that BWH shall employ, subject to any requisite Bankruptcy Court approval, the law firm of LIPPES MATHIAS LLP as bankruptcy counsel to represent and assist BWH in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance BWH's rights and obligations, including filing any pleadings; and in connection therewith, the Authorized Officer is hereby authorized and directed to cause to be filed an appropriate application for authority to retain the services of LIPPES MATHIAS LLP;

RESOLVED, that BWH shall employ, subject to any requisite Bankruptcy Court approval, such other professionals and persons as the Authorized Officer determines are necessary in order to conduct the Chapter 11 Case and to operate the business while subject to the jurisdiction of the Bankruptcy Court;

RESOLVED, that in addition to the specific authorizations heretofore conferred upon the Authorized Officer, the Authorized Officer and such other officers of BWH as the Authorized

Officer shall from time to time designate, and any employees or agents (including counsel) designated by or directed by the Authorized Officer, be authorized and empowered to cause BWH to enter into, execute, deliver, certify, file and/or record, and perform such agreements, instruments, motions, declarations, affidavits, applications for approvals or ruling of governmental or regulatory authorities, certificates and other documents, and to take such other actions as in the judgment of such officer shall be or become necessary, proper and desirable to conduct the Chapter 11 Case and to effectuate the desired sale of BWH's real estate asset; and

RESOLVED, that any and all actions heretofore or hereafter taken by the officers or directors of BWH in the name of and on behalf of BWH in furtherance of any or all of the foregoing resolutions are hereby ratified and confirmed in their entirety.

I, the undersigned, Manager of BWH, do hereby certify that the foregoing is a true, complete and accurate copy of the resolutions duly adopted by the members of BWH by unanimous consent; and I do further certify that these resolutions have not been altered, amended, repealed or rescinded and are now in full force and effect.

The undersigned further certifies that the members had at the time of the adoption of said resolutions full power and authority to adopt said resolutions, and that the members now has said power and authority.

IN WITNESS WHEREOF, I have hereunto subscribed my name in my professional capacity with BWH this _____28_____ day of _____10_____, 2025.

By: _____

Jean Marsan
Manager

**Fill in this information to identify the case:**

Debtor name    Bellaviva at Whispering Hills, LLC

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   6:25-bk-06655

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

**Part 1:**    **Summary of Assets**

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*............................................................................   $    62,000,000.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.........................................................................   $    3,297.40

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*...........................................................................   $    62,003,297.40

**Part 2:**    **Summary of Liabilities**

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................   $    22,939,426.58

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................   $    31,901.99

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................   **+**$    1,129,865.28

4.   **Total liabilities** ..................................................................................................
    Lines 2 + 3a + 3b     $    24,101,193.85

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Bellaviva at Whispering Hills, LLC

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   6:25-bk-06655

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.   Go to Part 2.
   ☒ Yes Fill in the information below.

   | All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
   | --- | --- | --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   | --- | --- | --- | --- | --- |
   | 3.1. | Seacoast National Bank | Checking | 0225 | $3,297.40 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**                                                                 $3,297.40

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☐ No.   Go to Part 3.
   ☒ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

   | | | |
   | --- | --- | --- |
   | | $100,000 Fist Earnest Money deposit made by Sun Terra Communities V, LLC for proposed purchase being held in escrow by Godbold, Downing, Bill & Rentz, P.A.; Second Earnest | |
   | 7.1. | Money Deposit of $2.9 Million expected on 11/30 (unliquidated) | $0.00 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2.**                                                                 $0.00

   Add lines 7 through 8. Copy the total to line 81.

---

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 1

Debtor   __Bellaviva at Whispering Hills, LLC__                    Case number (If known) __6:25-bk-06655__
          Name

## Part 3:   Accounts receivable

**10. Does the debtor have any accounts receivable?**

☒ No.   Go to Part 4.
☐ Yes Fill in the information below.

## Part 4:   Investments

**13. Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

## Part 5:   Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.   Go to Part 6.
☐ Yes Fill in the information below.

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No.   Go to Part 8.
☐ Yes Fill in the information below.

## Part 8:   Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No.   Go to Part 9.
☐ Yes Fill in the information below.

## Part 9:   Real property

**54. Does the debtor own or lease any real property?**

☐ No.   Go to Part 10.
☒ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. | | | | |
| See attached | Fee simple | $0.00 | Sale Contract | $62,000,000.00 |

56.    **Total of Part 9.**                                                                   $62,000,000.00

        Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.

Official Form 206A/B            Schedule A/B Assets - Real and Personal Property            page 2

Debtor      Bellaviva at Whispering Hills, LLC                              Case number *(If known)*  6:25-bk-06655
            Name

Copy the total to line 88.

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
      ☒ No
      ☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
      ☒ No
      ☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No.   Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No.   Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    Bellaviva at Whispering Hills, LLC                                      Case number *(If known)*  6:25-bk-06655
          Name

## Part 12:    Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $3,297.40 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.............................................................>* | | $62,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,297.40 | + 91b.  $62,000,000.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $62,003,297.40 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy



## EXHBIT "A"

## Legal Description and Sketch of Property

### Approximately 1,432.25 +/- acres

PARCEL ONE:

A PARCEL OF LAND LYING AND BEING IN PORTIONS OF SECTIONS 24 AND 25, TOWNSHIP 20 SOUTH, RANGE 24 EAST, AND PORTIONS OF SECTION 19, 29 AND 30, TOWNSHIP 20 SOUTH, RANGE 25 EAST, LAKE COUNTY, FLORIDA, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGIN AT THE SOUTHEAST CORNER OF SAID SECTION 30, TOWNSHIP 20 SOUTH, RANGE 25 EAST; THENCE NORTH 89°22'10" WEST ALONG THE SOUTH BOUNDARY THEREOF, A DISTANCE OF 2654.24 FEET TO THE SOUTHWEST CORNER THEREOF; THENCE NORTH 00°37'56" EAST ALONG THE WEST BOUNDARY THEREOF, A DISTANCE OF 1330.51 FEET TO THE SOUTHEAST CORNER OF THE NORTHEAST 1/4 OF THE SOUTHWEST 1/4 OF SAID SECTION 30; THENCE NORTH 89°01'24" WEST ALONG THE SOUTH BOUNDARY THEREOF, A DISTANCE OF 1323.07 FEET TO THE SOUTHWEST CORNER OF SAID NORTHEAST 1/4 OF THE SOUTHWEST 1/4; THENCE NORTH 00°30'01" EAST ALONG THE WEST BOUNDARY THEREOF, A DISTANCE OF 1332.07 FEET TO THE SOUTHEAST CORNER OF U.S. GOVERNMENT LOT 2 OF SAID SECTION 30; THENCE NORTH 89°08'43" WEST ALONG THE SOUTH BOUNDARY THEREOF, A DISTANCE OF 1185.10 FEET TO THE WEST BOUNDARY OF SAID SECTION 30, THE SAME ALSO BEING THE EAST BOUNDARY OF THE AFOREMENTIONED SECTION 25, TOWNSHIP 20 SOUTH, RANGE 24 EAST; THENCE NORTH 00°48'27" EAST ALONG SAID WEST BOUNDARY OF SECTION 30, A DISTANCE OF 1177.95 FEET TO THE SOUTHEAST CORNER OF THE NORTH 660.16 FEET OF THE SOUTH 1660.23 FEET OF THE NORTHEAST 1/4 OF THE AFORESAID SECTION 25 AS MONUMENTED; THENCE NORTH 89°06'05" WEST ALONG THE MONUMENTED SOUTH BOUNDARY THEREOF, A DISTANCE OF 2388.91 FEET TO THE EAST RIGHT-OF-WAY LINE OF U.S. HIGHWAY 27; THENCE NORTH 09°41'21" WEST ALONG SAID EAST RIGHT-OF-WAY LINE, A DISTANCE OF 672.55 FEET TO THE INTERSECTION WITH THE NORTH LINE OF THE SOUTH 1660.23 FEET OF THE NORTHEAST 1/4 OF SAID SECTION 25 AS MONUMENTED; THENCE SOUTH 89°09'06" EAST ALONG SAID NORTH LINE AS MONUMENTED, A DISTANCE OF 2511.43 FEET TO THE AFOREMENTIONED EAST BOUNDARY OF SAID SECTION 25 AND THE WEST BOUNDARY OF THE AFOREMENTIONED WEST BOUNDARY OF SECTION 30, TOWNSHIP 20 SOUTH, RANGE 25 EAST; THENCE NORTH 00°48'27" EAST ALONG SAID SECTION BOUNDARY, A DISTANCE OF 525.26 FEET TO THE INTERSECTION WITH THE SOUTH BOUNDARY OF THE NORTH 300.00 FEET OF U.S. GOVERNMENT LOT 1 OF SECTION 30, TOWNSHIP 20 SOUTH, RANGE 25 EAST; THENCE SOUTH 89°06'36" EAST ALONG SAID SOUTH BOUNDARY, A DISTANCE OF 250.00 FEET TO THE EAST BOUNDARY OF THE WEST 250.00 FEET OF SAID U.S. GOVERNMENT LOT 1; THENCE NORTH 00°48'27" EAST ALONG SAID EAST BOUNDARY, A DISTANCE OF 300.00 FEET TO THE NORTH BOUNDARY OF SAID SECTION 30, THE SAME ALSO BEING THE SOUTH BOUNDARY OF THE AFOREMENTIONED SECTION 19; THENCE SOUTH 89°06'36" EAST ALONG SAID SECTION BOUNDARY, A DISTANCE OF 250.00 FEET TO THE INTERSECTION WITH THE EAST BOUNDARY OF THE WEST 500.00 FEET OF U.S. GOVERNMENT LOT 4 OF SAID SECTION 19, TOWNSHIP 20 SOUTH, RANGE 25 EAST; THENCE NORTH 00°51'29" EAST ALONG SAID EAST BOUNDARY, A DISTANCE OF 700.00 FEET TO THE NORTH LINE OF THE SOUTH 700.00 FEET OF THE AFOREMENTIONED U.S. GOVERNMENT LOT 4; THENCE NORTH 89°06'36" WEST ALONG SAID NORTH BOUNDARY, A DISTANCE OF 500.00 FEET TO THE WEST BOUNDARY OF SAID SECTION 19; THENCE NORTH 00°51'29" EAST ALONG SAID WEST BOUNDARY, A DISTANCE OF 275.58 FEET TO THE INTERSECTION WITH THE SOUTH BOUNDARY OF THE NORTH 500.00 FEET OF THE SOUTHEAST 1/4 OF THE SOUTHEAST 1/4 OF THE AFOREMENTIONED SECTION 24, TOWNSHIP 20 SOUTH, RANGE 24 EAST; THENCE 89°08'53" WEST ALONG SAID SOUTH

BOUNDARY, A DISTANCE OF 200.00 FEET TO THE WEST LINE OF THE EAST 200.00 FEET OF THE AFORESAID SOUTHEAST 1/4 OF THE SOUTHEAST 1/4 OF SECTION 24; THENCE NORTH 00°51'29" EAST ALONG SAID WEST BOUNDARY, A DISTANCE OF 500.00 FEET TO THE INTERSECTION WITH THE NORTH BOUNDARY OF THE AFORESAID SOUTHEAST 1/4 OF THE SOUTHEAST 1/4 OF SECTION 24; THENCE SOUTH 89°08'53" EAST ALONG SAID NORTH BOUNDARY A DISTANCE OF 200.00 FEET TO THE EAST BOUNDARY OF SAID 24, THE SAME ALSO BEING THE WEST BOUNDARY OF U.S. GOVERNMENT LOT 3 IN SECTION 19, TOWNSHIP 20 SOUTH, RANGE 25 EAST; THENCE NORTH 00°51'29" EAST ALONG SAID WEST BOUNDARY, A DISTANCE OF 179.89 FEET TO THE INTERSECTION WITH THE NORTH BOUNDARY OF THE SOUTH 330.00 FEET OF SAID U.S. GOVERNMENT LOT 3; THENCE SOUTH 89°03'56" EAST ALONG SAID NORTH BOUNDARY, A DISTANCE OF 925.20 FEET TO THE INTERSECTION WITH THE WEST BOUNDARY OF THE EAST 330.00 FEET OF THE WEST 1/2 OF SAID U.S. GOVERNMENT LOT 3; THENCE SOUTH 01°00'18" WEST ALONG SAID WEST BOUNDARY, A DISTANCE OF 330.00 FEET TO THE SOUTH BOUNDARY OF SAID U.S. GOVERNMENT LOT 3; THENCE SOUTH 89°03'56" EAST ALONG SAID SOUTH BOUNDARY, A DISTANCE OF 330.00 FEET TO THE INTERSECTION WITH THE EAST BOUNDARY OF THE WEST 1/2 OF THE AFOREMENTIONED U.S. GOVERNMENT LOT 4 IN SAID SECTION 19; THENCE SOUTH 01°00'18" WEST ALONG SAID WEST BOUNDARY, A DISTANCE OF 1324.49 FEET TO THE SOUTH BOUNDARY THEREOF, THE SAME ALSO BEING THE NORTH BOUNDARY OF U.S. GOVERNMENT LOT 1 IN THE AFOREMENTIONED SECTION 30, TOWNSHIP 20 SOUTH, RANGE 25 EAST; THENCE SOUTH 89°06'36" EAST ALONG SAID BOUNDARY, A DISTANCE OF 1251.79 FEET TO THE NORTHEAST CORNER OF SAID U.S. GOVERNMENT LOT 1; THENCE SOUTH 00°37'05" WEST ALONG SAID EAST BOUNDARY THEREOF, A DISTANCE OF 1334.47 FEET TO THE SOUTHEAST CORNER OF SAID U.S. GOVERNMENT LOT 1; THENCE NORTH 89°04'57" WEST ALONG THE SOUTH BOUNDARY THEREOF, A DISTANCE OF 1324.99 TO THE NORTHWEST CORNER OF THOSE CERTAIN LANDS DESCRIBED IN OFFICIAL RECORDS BOOK 1907, PAGE 1852 OF THE PUBLIC RECORDS OF LAKE COUNTY, FLORIDA; THENCE SOUTH 00°39'49" WEST ALONG THE WEST BOUNDARY THEREOF AND THE WEST BOUNDARY OF THOSE CERTAIN LAND DESCRIBED IN OFFICIAL RECORDS BOOK 4835, PAGE 560, PUBLIC RECORDS OF LAKE COUNTY, FLORIDA, A DISTANCE OF 880.32 FEET TO THE NORTHWEST CORNER OF THOSE CERTAIN LANDS DESCRIBED IN OFFICIAL RECORDS BOOK 856, PAGE 1260, PUBLIC RECORDS OF LAKE COUNTY, FLORIDA; THENCE SOUTH 89°02'40" EAST ALONG THE NORTH BOUNDARY THEREOF, A DISTANCE OF 1643.26 FEET; THENCE NORTH 00°47'05" EAST, A DISTANCE OF 881.29 FEET TO THE NORTH BOUNDARY OF THE SOUTHWEST 1/4 OF THE NORTHEAST 1/4 OF SAID SECTION 30; THENCE SOUTH 89°05'52" EAST ALONG SAID NORTH BOUNDARY, A DISTANCE OF 25.00 FEET TO THE WEST BOUNDARY OF THOSE CERTAIN LANDS DESCRIBED IN OFFICIAL RECORDS BOOK 855, PAGE 1697, PUBLIC RECORDS OF LAKE COUNTY, FLORIDA; THENCE SOUTH 00°47'05" WEST ALONG SAID WEST BOUNDARY, A DISTANCE OF 1279.25 FEET TO THE SOUTHWEST CORNER THEREOF; THENCE SOUTH 87°38'35" EAST ALONG THE SOUTH BOUNDARY OF SAID LANDS, A DISTANCE OF 989.73 FEET TO THE SOUTHEAST CORNER THEREOF; THENCE NORTH 00°47'51" EAST ALONG THE EAST BOUNDARY OF SAID LANDS, A DISTANCE OF 1303.73 FEET TO THE NORTHWEST CORNER OF THE SOUTHEAST 1/4 OF THE NORTHEAST 1/4 OF SAID SECTION 30; THENCE NORTH 00°48'01" EAST ALONG THE WEST BOUNDARY OF THE NORTHEAST 1/4 OF THE NORTHEAST 1/4 OF SAID SECTION 30, A DISTANCE OF 679.98 FEET; THENCE SOUTH 89°04'03" EAST, A DISTANCE OF 668.89 FEET TO THE EAST BOUNDARY OF THE WEST 1/2 OF THE NORTHEAST 1/4 OF THE NORTHEAST 1/4 OF SECTION 30; THENCE SOUTH 00°52'38" WEST ALONG SAID EAST BOUNDARY, A DISTANCE OF 679.89 FEET TO THE NORTH BOUNDARY OF THE AFOREMENTIONED SOUTHEAST 1/4 OF THE NORTHEAST 1/4 OF SAID SECTION 30; THENCE SOUTH 89°04'31" EAST ALONG SAID NORTH BOUNDARY, A DISTANCE OF 667.55 FEET TO THE NORTHWEST CORNER OF THE SOUTH 1/2 OF THE NORTHWEST 1/4 OF THE AFOREMENTIONED SECTION 29, TOWNSHIP 20 SOUTH, RANGE 25 EAST; THENCE SOUTH 89°20'35" EAST ALONG THE NORTH BOUNDARY THEREOF, A DISTANCE OF 1211.92 FEET TO THE WEST RIGHT-OF-WAY OF NUMBER 2 ROAD AS DESCRIBED IN OFFICIAL RECORDS BOOK 3657, PAGE 2287; THENCE SOUTHEASTERLY ALONG SAID WEST RIGHT-OF-WAY THE FOLLOWING FIVE (5) COURSES: 1.) SOUTH 45°22'24" EAST, A DISTANCE OF 1095.45 FEET' THENCE 2.) SOUTH 45°50'46" EAST, A DISTANCE OF 161.55 FEET; THENCE 3.) SOUTH 48°01'02" EAST, A DISTANCE OF 152.46 FEET TO THE POINT OF CURVATURE OF A CURVE CONCAVE NORTHEASTERLY HAVING A RADIUS OF 417.00 FEET; THENCE 4.)

18

SOUTHEASTERLY ALONG THE ARC OF SAID CURVE, THROUGH A CENTRAL ANGLE/DELTA OF 33°27'24" (CHORD = 240.05 FEET, CHORD BEARING = SOUTH 64°44'44" EAST) FOR A DISTANCE OF 243.50 FEET TO THE POINT OF TANGENCY; THENCE 5.) SOUTH 81°28'26" EAST, A DISTANCE OF 155.64 FEET TO THE INTERSECTION WITH THE WEST RIGHT-OF-WAY LINE OF PUMPKIN CENTER ROAD AS RECORDED IN OFFICIAL RECORDS BOOK 1080, PAGE 2084; THENCE SOUTH 01°01'19" WEST ALONG SAID WEST RIGHT-OF-WAY LINE, A DISTANCE OF 238.61 FEET TO THE INTERSECTION WITH THE SOUTH BOUNDARY OF THE AFORESAID SOUTH 1/2 OF THE NORTHWEST 1/4 OF SECTION 29; THENCE NORTH 89°26'20" WEST ALONG SAID SOUTH BOUNDARY, A DISTANCE OF 1285.10 FEET TO THE NORTHEAST CORNER OF THE NORTHWEST 1/4 OF THE SOUTHWEST 1/4 OF SAID SECTION 29; THENCE SOUTH 00°55'35" WEST ALONG THE EAST BOUNDARY THEREOF, A DISTANCE OF 1322.30 FEET TO THE SOUTHEAST CORNER OF SAID NORTHWEST 1/4 OF THE SOUTHWEST 1/4; THENCE NORTH 89°26'44" WEST ALONG THE SOUTH BOUNDARY THEREOF, A DISTANCE OF 661.43 FEET TO THE NORTHEAST CORNER OF THE WEST 1/2 OF THE SOUTHWEST 1/4 OF SAID SECTION 29; THENCE SOUTH 00°50'43" WEST ALONG THE EAST BOUNDARY THEREOF, A DISTANCE OF 1322.72 FEET TO THE SOUTH BOUNDARY OF THE SOUTHWEST 1/4 OF SAID SECTION 29; THENCE NORTH 89°28'00" WEST ALONG SAID SOUTH BOUNDARY, A DISTANCE OF 659.97 FEET TO THE POINT OF BEGINNING.

THE ABOVE DESCRIBED LANDS CONTAIN 579.99 ACRES, MORE OR LESS.

AND

PARCEL TWO:

A PARCEL OF LAND LYING AND BEING IN PORTIONS OF SECTIONS 31 AND 32, TOWNSHIP 20 SOUTH, RANGE 25 EAST, LAKE COUNTY, FLORIDA, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGIN AT THE NORTHWEST CORNER OF SAID SECTION 32, TOWNSHIP 20 SOUTH, RANGE 25 EAST, THE SAME ALSO BEING THE NORTHEAST CORNER OF THE AFORESAID SECTION 31; THENCE SOUTH 89°28'00" EAST ALONG THE NORTH BOUNDARY OF SAID SECTION 32, A DISTANCE OF 1319.95 FEET; THENCE CONTINUE SOUTH 89°28'00" EAST ALONG THE AFORESAID NORTH BOUNDARY, A DISTANCE OF 1338.64 FEET; THENCE SOUTH 00°50'07" WEST, A DISTANCE OF 372.44 FEET; THENCE SOUTH 88°46'09" WEST, A DISTANCE OF 1338.25 FEET TO THE EAST BOUNDARY OF THE WEST 1/2 OF THE NORTHWEST 1/4 OF SAID SECTION 32; THENCE SOUTH 00°38'52" WEST ALONG SAID BOUNDARY, A DISTANCE OF 2255.08 FEET TO THE SOUTHEAST CORNER THEREOF; THENCE SOUTH 89°36'46" EAST, A DISTANCE OF 1298.73 FEET; THENCE SOUTH 00°34'45" WEST, A DISTANCE OF 166.26 FEET; THENCE NORTH 89°35'59" WEST, A DISTANCE OF 1299.23 FEET; THENCE SOUTH 00°36'49" WEST, A DISTANCE OF 165.94 FEET; THENCE NORTH 89°35'41" WEST, A DISTANCE OF 1324.19 FEET TO THE WEST BOUNDARY OF SAID SECTION 32 AND THE EAST BOUNDARY OF THE AFOREMENTIONED SECTION 31; THENCE NORTH 00°44'14" EAST ALONG SAID BOUNDARY, A DISTANCE OF 331.61 FEET TO THE SOUTHEAST CORNER OF THE NORTHEAST 1/4 OF SAID SECTION 31; THENCE NORTH 89°17'56" WEST ALONG THE SOUTH BOUNDARY THEREOF, A DISTANCE OF 1325.81 FEET TO THE NORTHEAST CORNER OF THE NORTHWEST 1/4 OF THE SOUTHEAST 1/4 OF SAID SECTION 31; THENCE SOUTH 00°43'16" WEST ALONG THE EAST BOUNDARY THEREOF, A DISTANCE OF 1329.32 FEET TO THE SOUTHEAST CORNER OF SAID NORTHWEST 1/4 OF THE SOUTHEAST 1/4; THENCE NORTH 89°26'12" WEST ALONG THE SOUTH BOUNDARY THEREOF, A DISTANCE OF 1321.28 FEET TO THE SOUTHWEST CORNER THEREOF; THENCE NORTH 89°23'30" WEST, A DISTANCE OF 1258.12 FEET TO THE WEST BOUNDARY OF THE EAST 1/2 OF U.S. GOVERNMENT LOT 3; THENCE NORTH 00°42'17" EAST ALONG SAID WEST BOUNDARY, A DISTANCE OF 1334.65 FEET TO THE SOUTHWEST CORNER OF THE EAST 1/2 OF U.S. GOVERNMENT LOT 2; THENCE NORTH 00°42'40" EAST, ALONG SAID WEST BOUNDARY, A DISTANCE OF 324.41 FEET; THENCE DEPARTING SAID WEST BOUNDARY, NORTH 89°17'20" WEST ALONG THE SHORELINE OF TURKEY LAKE, A DISTANCE OF 266.06 FEET; THENCE NORTH 52°25'37" WEST, STILL ALONG

SAID SHORELINE, A DISTANCE OF 97.32 FEET; THENCE DEPARTING SAID SHORELINE, NORTH 44°47'59" EAST, A DISTANCE OF 449.77 FEET; THENCE SOUTH 44°37'43" EAST, A DISTANCE OF 43.57 FEET RETURNING TO THE AFORESAID WEST BOUNDARY OF U.S. GOVERNMENT LOT 2; THENCE NORTH 00°42'40" EAST ALONG SAID WEST BOUNDARY, A DISTANCE OF 660.57 FEET TO THE NORTH BOUNDARY OF SAID U.S. GOVERNMENT LOT 2; THENCE SOUTH 89°14'52" EAST ALONG SAID NORTH BOUNDARY, A DISTANCE OF 1257.15 FEET TO THE NORTHWEST CORNER OF THE SOUTHWEST 1/4 OF THE NORTHEAST 1/4 OF SAID SECTION 31; THENCE SOUTH 89°14'52" EAST ALONG THE NORTH BOUNDARY THEREOF, A DISTANCE OF 1326.64 FEET TO THE SOUTHWEST CORNER OF THE NORTHEAST 1/4 OF THE NORTHEAST 1/4 OF SAID SECTION 31; THENCE NORTH 00°43'11" EAST ALONG THE WEST BOUNDARY THEREOF, A DISTANCE OF 1335.16 FEET TO THE NORTH BOUNDARY OF SAID SECTION 31; THENCE SOUTH 89°22'10" EAST ALONG SAID NORTH BOUNDARY, A DISTANCE OF 1326.85 FEET TO THE POINT OF BEGINNING.

THE ABOVE DESCRIBED LANDS CONTAIN 349.52 ACRES, MORE OR LESS.

AND

PARCEL THREE:

A PARCEL OF LAND LYING AND BEING IN PORTIONS OF SECTIONS 20 AND 29, TOWNSHIP 20 SOUTH, RANGE 25 EAST, LAKE COUNTY, FLORIDA, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCE AT THE SOUTHWEST CORNER OF SAID SECTION 20; THENCE SOUTH 89°13'55" EAST, A DISTANCE OF 40.00 FEET TO THE EAST RIGHT-OF-WAY OF NUMBER 2 ROAD: AND THE POINT OF BEGINNING; THENCE NORTH 00°49'05" EAST ALONG THE EAST RIGHT-OF-WAY LINE OF NUMBER 2 ROAD, A DISTANCE OF 1326.96 FEET TO THE NORTH BOUNDARY OF THE SOUTH 1/2 OF THE SOUTHWEST 1/4 OF SAID SECTION 20; THENCE SOUTH 89°12'36" EAST ALONG SAID NORTH BOUNDARY, A DISTANCE OF 2608.12 FEET TO THE WEST BOUNDARY OF THE SOUTHEAST 1/4 OF SAID SECTION 20; THENCE NORTH 00°34'05" EAST ALONG SAID WEST BOUNDARY, A DISTANCE OF 1319.93 FEET TO THE NORTH BOUNDARY OF SAID SOUTHEAST 1/4 OF SECTION 20; THENCE SOUTH 89°03'25" EAST ALONG SAID NORTH BOUNDARY, A DISTANCE OF 2647.04 FEET TO THE NORTHEAST CORNER THEREOF; THENCE SOUTH 00°44'25" WEST ALONG THE EAST BOUNDARY OF SAID SOUTHEAST 1/4 OF SECTION 20, A DISTANCE OF 1339.38 FEET; THENCE DEPARTING SAID EAST BOUNDARY, NORTH 89°10'59" WEST, A DISTANCE OF 1353.15 FEET; THENCE SOUTH 00°48'41" WEST, A DISTANCE OF 1155.19 FEET; THENCE SOUTH 89°11'20" EAST, A DISTANCE OF 751.09 FEET; THENCE SOUTH 00°47'21" WEST, A DISTANCE OF 294.78 FEET; THENCE SOUTH 89°10'42" EAST, A DISTANCE OF 603.59 FEET TO THE EAST BOUNDARY OF THE NORTHEAST 1/4 OF THE AFOREMENTIONED SECTION 29; THENCE SOUTH 00°48'17" WEST ALONG SAID EAST BOUNDARY, A DISTANCE OF 2434.07 FEET TO THE NORTH RIGHT-OF-WAY LINE OF NUMBER 2 ROAD AS DEDICATE BY THE PLAT OF PADDOCK HILLS , RECORDED IN PLAT BOOK 61, PAGE 89 OF THE PUBLIC RECORDS OF LAKE COUNTY, FLORIDA; THE WESTERLY ALONG SAID NORTH RIGHT-OF-WAY LINE THE FOLLOWING FOUR (4) COURSES: 1.) NORTH 89°22'44" WEST, A DISTANCE OF 1720.70 FEET TO THE POINT OF CURVATURE OF A CURVE CONCAVE NORTHERLY HAVING A RADIUS OF 840.00 FEET; THENCE 2.) NORTHWESTERLY ALONG SAID RIGHT-OF-WAY LINE, AND THE ARC OF SAID CURVE, THROUGH A CENTRAL ANGLE/DELTA OF 21°10'09" (CHORD = 308.59 FEET, CHORD BEARING = NORTH 78°47'40" WEST) FOR A DISTANCE OF 310.36 FEET TO THE POINT OF TANGENCY; THENCE 3.) NORTH 68°12'35" WEST, A DISTANCE OF 344.87 FEET TO THE POINT OF CURVATURE OF A CURVE CONCAVE SOUTHWESTERLY HAVING A RADIUS OF 1815.00 FEET; THENCE 4.) NORTHWESTERLY ALONG THE ARC OF SAID CURVE, THROUGH A CENTRAL ANGLE/DELTA OF 09°56'59" (CHORD = 314.79 FEET, CHORD BEARING = NORTH 73°11'05" WEST) FOR A DISTANCE OF 315.18 FEET TO THE INTERSECTION WITH THE WEST BOUNDARY OF THE AFOREMENTIONED NORTHEAST 1/4 OF SAID SECTION 29; THENCE SOUTH 01°01'19" WEST ALONG SAID WEST BOUNDARY, A DISTANCE OF 40.72 FEET TO THE INTERSECTION WITH THE NORTHERLY RIGHT-OF-WAY LINE OF NUMBER 2 ROAD AS RECORDED IN OFFICIAL RECORDS

20

BOOK 3657, PAGE 2287 OF THE PUBLIC RECORDS OF LAKE COUNTY, FLORIDA; THENCE NORTHWESTERLY ALONG SAID NORTHERLY RIGHT-OF-WAY LINE THE FOLLOWING FIVE (5) COURSES: 1.) NORTH 81°28'26" WEST, A DISTANCE OF 187.27 FEET TO THE POINT OF CURVATURE OF A CURVE CONCAVE NORTHERLY HAVING A RADIUS OF 351.00 FEET; THENCE 2.) NORTHWESTERLY ALONG THE ARC OF SAID CURVE, AND SAID RIGHT-OF-WAY LINE, THROUGH A CENTRAL ANGLE/DELTA OF 33°27'24" (CHORD = 202.06 FEET, CHORD BEARING = NORTH 64°44'44" WEST) FOR A DISTANCE OF 204.96 FEET TO THE POINT OF TANGENCY; THENCE 3.) NORTH 48°01'02" WEST, A DISTANCE OF 151.20 FEET; THENCE 4.) NORTH 45°50'46" WEST, A DISTANCE OF 160.03 FEET; THENCE 5.) NORTH 45°22'24" WEST, A DISTANCE OF 1026.80 FEET TO THAT CERTAIN ADDITIONAL RIGHT-OF-WAY AS DEDICATED BY THE PLAT OF BELLA LADERA AS RECORDED IN PLAT BOOK 57, PAGE 100 OF THE PUBLIC RECORDS OF LAKE COUNTY, FLORIDA; THENCE NORTH 45°49'20" WEST ALONG SAID NORTHERLY RIGHT-OF-WAY LINE, A DISTANCE OF 1186.68 FEET; THENCE DEPARTING SAID NORTHERLY RIGHT-OF-WAY LINE, NORTH 00°57'04" EAST, A DISTANCE OF 518.87 FEET TO THE SOUTH BOUNDARY OF THE SOUTHWEST 1/4 OF THE AFOREMENTIONED SECTION 20; THENCE NORTH 89°13'55" WEST ALONG SAID SOUTH BOUNDARY, A DISTANCE OF 402.25 FEET TO THE POINT OF BEGINNING.

THE ABOVE DESCRIBED LANDS CONTAIN 432.86 ACRES, MORE OR LESS.


AND

PARCEL FOUR:

A PARCEL OF LAND LYING AND BEING IN THE SOUTHEAST 1/4 OF SECTION 29, TOWNSHIP 20 SOUTH, RANGE 25 EAST, LAKE COUNTY, FLORIDA, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGIN AT THE SOUTHEAST CORNER OF SAID SECTION 29' THENCE NORTH 89°20'19" WEST ALONG THE SOUTH BOUNDARY THEREOF, A DISTANCE OF 1305.86 FEET TO THE EASTERLY RIGHT-OF-WAY LINE OF TURKEY LAKE ROAD AS DESCRIBED IN OFFICIAL RECORDS BOOK 2301, PAGE 1813 OF THE PUBLIC RECORDS OF LAKE COUNTY, FLORIDA; THENCE NORTH 01°38'14" EAST ALONG SAID EASTERLY RIGHT-OF-WAY LINE, A DISTANCE OF 1400.11 FEET; THENCE NORTH 05°19'47" EAST AND STILL ALONG SAID EASTERLY RIGHT-OF-WAY LINE, A DISTANCE OF 256.21 FEET; THENCE DEPARTING SAID EASTERLY RIGHT-OF-WAY LINE, NORTH 88°12'31" WEST, A DISTANCE OF 58.32 FEET TO THE INTERSECTION OF THE WESTERLY RIGHT-OF-WAY LINE OF TURKEY LAKE ROAD AS DESCRIBED IN OFFICIAL RECORDS BOOK 1175, PAGE 391 OF THE PUBLIC RECORDS OF LAKE COUNTY, FLORIDA, AND THE SOUTH BOUNDARY OF THAT CERTAIN PARCEL 2 AS DESCRIBED IN OFFICIAL RECORDS BOOK 3754, PAGE 2050 OF THE PUBLIC RECORDS OF LAKE COUNTY, FLORIDA; THENCE NORTH 89°27'13" WEST ALONG SAID SOUTH BOUNDARY, A DISTANCE OF 667.27 FEET TO THE WEST BOUNDARY OF THE EAST 1/2 OF THE NORTHWEST 1/4 OF THE SOUTHEAST 1/4 OF SAID SECTION 29; THENCE NORTH 00°57'42" EAST ALONG SAID WEST BOUNDARY, A DISTANCE OF 839.95 FEET; THENCE SOUTH 89°10'27" EAST, A DISTANCE OF 100.33 FEET; THENCE NORTH 01°00'42" EAST, A DISTANCE OF 115.14 FEET TO THE SOUTH RIGHT-OF-WAY LINE OF NUMBER 2 ROAD AS DESCRIBED IN OFFICIAL RECORDS BOOK 1175, PAGE 391 OF THE PUBLIC RECORDS OF LAKE COUNTY, FLORIDA; THENCE SOUTH 89°26'20" EAST ALONG SAID SOUTH RIGHT-OF-WAY LINE, A DISTANCE OF 554.47 FEET TO THE AFOREMENTIONED WESTERLY RIGHT-OF-WAY LINE OF TURKEY LAKE ROAD AS DESCRIBED IN OFFICIAL RECORDS BOOK 1175, PAGE 391 OF THE PUBLIC RECORDS OF LAKE COUNTY, FLORIDA; THENCE SOUTH 00°13'10" WEST ALONG SAID WESTERLY RIGHT-OF-WAY LINE, A DISTANCE OF 115.28 FEET; THENCE DEPARTING SAID WESTERLY RIGHT-OF-WAY LINE, SOUTH 89°36'53" EAST, A DISTANCE OF 155.00; THENCE SOUTH 00°47'20" WEST, A DISTANCE OF 582.78 FEET; THENCE SOUTH 89°25'00" EAST, A DISTANCE OF 1176.50 FEET TO THE EAST BOUNDARY OF THE SOUTHEAST 1/4 OF SAID SECTION 29; THENCE SOUTH 00°47'20" WEST ALONG SAID EAST BOUNDARY, A DISTANCE OF 1915.11 FEET TO THE POINT OF BEGINNING.

21

LESS AND EXCEPT THEREFROM THE AFOREMENTIONED RIGHTS-OF-WAY FOR TURKEY LAKE ROAD.

THE ABOVE DESCRIBED LANDS CONTAIN 72.05 ACRES, MORE OR LESS TO THE RIGHTS-OF-WAY REFERENCED.

LESS OUT PARCEL FIVE:

A PARCEL OF LAND LYING AND BEING A PORTION OF U.S. GOVERNMENT LOT 2 IN SECTION 31, TOWNSHIP 20 SOUTH, RANGE 25 EAST, LAKE COUNTY, FLORIDA, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCE AT THE NORTHEAST CORNER OF THE WEST 1/2 OF U.S. GOVERNMENT LOT 2 IN SAID SECTION 31; THENCE NORTH 89°14'52" WEST ALONG THE NORTH BOUNDARY OF SAID U.S. GOVERNMENT LOT 2, A DISTANCE OF 660.00 FEET TO THE POINT OF BEGINNING; THENCE SOUTH 45°12'00" EAST, A DISTANCE OF 100.00 FEET; THENCE SOUTH 44°48'00" WEST, A DISTANCE OF 287.73 FEET, MORE OR LESS TO THE SHORELINE OF TURKEY LAKE; THENCE NORTHWESTERLY ALONG SAID SHORELINE NORTH 47°30'49" WEST, A DISTANCE OF 100.08 FEET, MORE OR LESS TO A POINT WHICH LIES SOUTH 44°48'00" WEST OF THE AFOREMENTIONED POINT OF BEGINNING; THENCE NORTH 44°48'00" EAST, A DISTANCE OF 291.77 FEET, MORE OR LESS TO THE POINT OF BEGINNING.

THE ABOVE DESCRIBED LANDS CONTAIN 0.66 ACRES, MORE OR LESS TO THE SHORELINE OF TURKEY LAKE.



Exhibit "A"

23

**Fill in this information to identify the case:**

Debtor name    Bellaviva at Whispering Hills, LLC

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   6:25-bk-06655

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

  ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

  ☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
| --- | --- | --- | --- |
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |
| **2.1** Legion Capital Corporation<br>Creditor's Name<br><br>301 E Pine St., Ste. 850<br>Orlando, FL 32801<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>2022<br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes. Specify each creditor, including this creditor and its relative priority.<br>1. Office of Lake County Tax Collector<br>2. Legion Capital Corporation<br>3. Nissi Geotechnical Engineering, LLC | **Describe debtor's property that is subject to a lien**<br>Real Property described in attachment to Schedule A<br><br><br>**Describe the lien**<br>Note and Mortgage<br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $22,045,591.00 | $62,000,000.00 |
| **2.2** Nissi Geotechnical Engineering, LLC<br>Creditor's Name<br><br>408 W Renfro St., Ste. 107J<br>Plant City, FL 33563<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>2025<br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?** | **Describe debtor's property that is subject to a lien**<br>Real Property described in attachment to Schedule A<br><br><br>**Describe the lien**<br>Mechanic's Lien<br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | $6,900.00 | $62,000,000.00 |

Official Form 206D      **Schedule D: Creditors Who Have Claims Secured by Property**      page 1 of 2

| Debtor | Bellaviva at Whispering Hills, LLC | Case number (if known) | 6:25-bk-06655 |
|---|---|---|---|
| | Name | | |

☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.1

☐ Contingent
☐ Unliquidated
☒ Disputed

---

| 2.3 | Office of Lake County Tax Collector | | $886,935.58 | $62,000,000.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
Real Property described in attachment to Schedule A

325 N. Barrow Ave.
Tavares, FL 32778

Creditor's mailing address

**Describe the lien**
Real Property Taxes

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
2023-2024

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.1

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $22,939,426.58 |

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Spencer Fane LLP<br>Attn: Patrick M. Mosley, Esq.<br>201 North Franklin Street<br>Suite 2150<br>Tampa, FL 33602 | Line  2.1 | |
| Wright, Fulford, Moorhead & Brown, P.A.<br>Attn:   Timothy R. Moorhead, Esq.<br>505 Maitland Avenue<br>Suite 1000<br>Altamonte Springs, FL 32701 | Line  2.2 | |

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 2 of 2

**Fill in this information to identify the case:**

Debtor name     Bellaviva at Whispering Hills, LLC

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)  6:25-bk-06655

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☒ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

| 2.1 | Priority creditor's name and mailing address<br>Bellaviva at Whispering Hills Community Development District<br>P.O. Box 810036<br>Boca Raton, FL 33481 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $31,901.99 | $31,901.99 |
| | Date or dates debt was incurred<br>2025 | Basis for the claim:<br>Community Development District Fees | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
| --- | --- | --- |

| 3.1 | **Nonpriority creditor's name and mailing address**<br>Godbold, Downing, Bill & Rentz, P.A.<br>Attn:   Grant T. Downing, Esq.<br>222 W. Comstock Avenue, Suite 101<br>Winter Park, FL 32789 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $0.00 |
| | **Date(s) debt was incurred** _ | Basis for the claim: Attorneys for Sun Terra Communities V LLC - Notice Only | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes | |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>Jimerson Birr, P.A.<br>Attn:   Brandon C. Meadows, Esq.<br>701 Riverside Park Pl.<br>Jacksonville, FL 32246 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $24,422.50 |
| | **Date(s) debt was incurred**  2025 | Basis for the claim: Legal Fees | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Bellaviva at Whispering Hills, LLC | Case number (if known) | 6:25-bk-06655 |
|---|---|---|---|
| | Name | | |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $9,750.00 |
|---|---|---|---|
| | Johnston's Surveying, LLC<br>900 Cross Prairie Pkwy<br>Kissimmee, FL 34744 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** 2025 | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $10,500.70 |
|---|---|---|---|
| | Kutak Rock LLP<br>P.O. Box 30057<br>Omaha, NE 68103 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** 2025 | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | Meritage Homes<br>Attn:   H. Curtis Keller<br>18655 North Claret Drive, Suite 400<br>Scottsdale, AZ 85255 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Additional Address - Notice Only | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $29,060.00 |
|---|---|---|---|
| | Modica & Associates, Inc.<br>302 Mohawk Road<br>Clermont, FL 34715 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** 2025 | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $290,000.00 |
|---|---|---|---|
| | Rees Jones, Inc.<br>55 South Park Street<br>Montclair, NJ 07042 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** 2025 | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $94,460.30 |
|---|---|---|---|
| | Rummel Klepper & Kahl, LLP<br>700 East Pratt St., Ste. 500<br>Baltimore, MD 21202 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** 2025 | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | Shulman Rogers<br>Attn:   Lawrence M. Kramer & Sean P.<br>Sherman<br>12505 Park Potomac, Sixth Floor<br>Potomac, MD 20854 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Attorneys for NVR, Inc. - Notice Only | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    Bellaviva at Whispering Hills, LLC    Case number (if known)    6:25-bk-06655
_____
_Name_

| 3.10 | **Nonpriority creditor's name and mailing address**<br>Starshooters, LLC<br>c/o Leena Parmar<br>4333 Silver Star Road, Unit 170<br>Orlando, FL 32808 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $578,000.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** 2024 | **Basis for the claim:** Loan | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.11 | **Nonpriority creditor's name and mailing address**<br>Tract Engineering, LLC<br>5137 S Lakeland Dr, Ste. 3<br>Lakeland, FL 33813 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $93,671.78 |
|---|---|---|---|
| | **Date(s) debt was incurred** 2025 | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

## Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Marsan Real Estate Group<br>4407 Vineland Rd.<br>Ste. D11<br>Orlando, FL 32811 | Line 2.1<br><br>☐   Not listed. Explain ____ | _ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.   Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 31,901.99 |
| **5b. Total claims from Part 2** | 5b.  **+** | $ | 1,129,865.28 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,161,767.27 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Bellaviva at Whispering Hills, LLC

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   6:25-bk-06655

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | Purchase and Sale Agreement to develop and sell finished real property lots | |
| State the term remaining | | Meritage Homes of Florida, Inc. Attn: Louis Cioffi 5337 Millenia Lakes Boulevard, #235 Orlando, FL 32839 |
| List the contract number of any government contract | | |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | Lot Purchase Agreement to develop and sell finished real property lots | |
| State the term remaining | | NVR, Inc. Attn: Kirk Kubista 4307 Vineland Road Suite H-20 Orlando, FL 32811 |
| List the contract number of any government contract | | |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | Real Estate Purchase and Sale Agreement to purchase all real estate owned by the Debtor for $62 million (Debtor will seek approval of this contract through a Section 363 Motion to be filed) | |
| State the term remaining | 2 Months | Sun Terra Communities V, LLC Attn: Dan Edwards 1750 West Broadway, Suite 111 Oviedo, FL 32765 |
| List the contract number of any government contract | | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name _Bellaviva at Whispering Hills, LLC_

United States Bankruptcy Court for the: _MIDDLE DISTRICT OF FLORIDA_

Case number (if known) _6:25-bk-06655_

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | The MJM Florida Land Trust u/a/d 1/11/20 | Attn:   Jean Marsan, Co-Trustee<br>10524 Moss Park Road<br>Suite 204-754<br>Orlando, FL 32832<br>Party to pledge agreement only; not personally guaranteed | Legion Capital Corporation | ☒ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Bellaviva at Whispering Hills, LLC

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    6:25-bk-06655

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

---

**Part 1:**    **Income**

1. **Gross revenue from business**

   ☒ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

---

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☒ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☒ None.

   | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   |---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | Bellaviva at Whispering Hills, LLC | Case number (if known) | 6:25-bk-06655 |

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  Legion Capital Corporation vs. Bellaviva at Whispering Hills, LLC 2023-CA-2863 | Foreclosure | Florida Circuit Court, Fifth Judicial District, Lake County 550 West Main Street Tavares, FL 32778 | ☒ Pending ☐ On appeal ☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

Debtor   Bellaviva at Whispering Hills, LLC

Case number *(if known)*  6:25-bk-06655

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Lippes Mathias LLP 50 Fountain Plaza Buffalo, NY 14202 | | $15,000.00 on 10/15/25; $10,000.00 on 10/16/25 | $25,000.00 |
| | **Email or website address** www.lippes.com | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page **3**

Debtor   Bellaviva at Whispering Hills, LLC   Case number (if known)  6:25-bk-06655

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

Official Form 207     **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**     page **4**

Debtor    Bellaviva at Whispering Hills, LLC    Case number *(if known)*  6:25-bk-06655

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

### Part 13:   Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    Marsan Real Estate Group<br>4407 Vineland Rd.<br>Ste. D11<br>Orlando, FL 32811 | 2021 to Present |
| 26a.2.    The MJM Florida Land Trust u/a/d 1/11/20<br>Attn:   Jean Marsan, Co-Trustee<br>10524 Moss Park Road<br>Suite 204-754<br>Orlando, FL 32832 | 2021 to Present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.    Marsan Real Estate Group<br>4407 Vineland Rd.<br>Ste. D11<br>Orlando, FL 32811 | 2021 to Present |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   Bellaviva at Whispering Hills, LLC                                      Case number (if known) 6:25-bk-06655

| Name and address | Date of service From-To |
|---|---|
| 26b.2.   The MJM Florida Land Trust u/a/d 1/11/20<br>Attn:   Jean Marsan, Co-Trustee<br>10524 Moss Park Road<br>Suite 204-754<br>Orlando, FL 32832 | 2021 to Present |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   Marsan Real Estate Group<br>4407 Vineland Rd.<br>Ste. D11<br>Orlando, FL 32811 | |
| 26c.2.   The MJM Florida Land Trust u/a/d 1/11/20<br>Attn:   Jean Marsan, Co-Trustee<br>10524 Moss Park Road<br>Suite 204-754<br>Orlando, FL 32832 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jean Marsan | 10524 Moss Park Road<br>Suite 204-754<br>Orlando, FL 32832 | Manager | N/A |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| The MJM Florida Land Trust u/a/d 1/11/20 | Attn:   Jean Marsan, Co-Trustee<br>10524 Moss Park Road<br>Suite 204-754<br>Orlando, FL 32832 | Member | 100% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**

Debtor    Bellaviva at Whispering Hills, LLC    Case number *(if known)* 6:25-bk-06655

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:**  **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    October 28, 2025

/s/   Jean Marsan    Jean Marsan
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    Manager

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Florida

In re    Bellaviva at Whispering Hills, LLC                                      Case No.    6:25-bk-06655
                                                                    Debtor(s)     Chapter     11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |
|---|---|
| For legal services, I have agreed to accept ...................................................................... | $        25,000.00 |
| Prior to the filing of this statement I have received ........................................................ | $        14,586.00 |
| Balance Due ........................................................................................................................ | $        10,414.00 |

2.    The source of the compensation paid to me was:

☒ Debtor        ☐ Other (specify):

3.    The source of compensation to be paid to me is:

☒ Debtor        ☐ Other (specify):

4.    ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.     In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
    Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    Representation of the debtor in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

October 28, 2025                                          /s/ John A. Mueller
*Date*                                                    John A. Mueller
                                                          *Signature of Attorney*
                                                          Lippes Mathias LLP
                                                          50 Fountain Plaza Suite 1700
                                                          Buffalo, NY 14202
                                                          (716) -85-3-51x00   Fax: (716) -85-3-51x99
                                                          jmueller@lippes.com
                                                          *Name of law firm*

---

# United States Bankruptcy Court
## Middle District of Florida

In re    Bellaviva at Whispering Hills, LLC                                    Case No.    6:25-bk-06655
                                                Debtor(s)                      Chapter      11


### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)


Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Bellaviva at Whispering Hills, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

The MJM Florida Land Trust u/a/d 1/11/20
Attn:  Jean Marsan, Co-Trustee
10524 Moss Park Road
Suite 204-754
Orlando, FL 32832


☐ None [*Check if applicable*]


October 28, 2025                              /s/ John A. Mueller
Date                                         John A. Mueller
                                             Signature of Attorney or Litigant
                                             Counsel for    Bellaviva at Whispering Hills, LLC
                                             Lippes Mathias LLP
                                             50 Fountain Plaza Suite 1700
                                             Buffalo, NY 14202
                                             (716) -85-3-51x00  Fax:(716) -85-3-51x99
                                             jmueller@lippes.com

# United States Bankruptcy Court
## Middle District of Florida

In re  Bellaviva at Whispering Hills, LLC

Debtor(s)

Case No.  6:25-bk-06655

Chapter  11

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   October 28, 2025

/s/  Jean Marsan

 Jean Marsan/Manager
Signer/Title

Godbold, Downing, Bill & Rentz, P.A.
Attn:  Grant T. Downing, Esq.
222 W. Comstock Avenue, Suite 101
Winter Park, FL 32789


Meritage Homes
Attn:  H. Curtis Keller
18655 North Claret Drive, Suite 400
Scottsdale, AZ 85255


Meritage Homes of Florida, Inc.
Attn:  Louis Cioffi
5337 Millenia Lakes Boulevard, #235
Orlando, FL 32839


NVR, Inc.
Attn:  Kirk Kubista
4307 Vineland Road Suite H-20
Orlando, FL 32811


Shulman Rogers
Attn:  Lawrence M. Kramer & Sean P. Sher
12505 Park Potomac, Sixth Floor
Potomac, MD 20854


Starshooters, LLC
c/o Leena Parmar
4333 Silver Star Road, Unit 170
Orlando, FL 32808


Sun Terra Communities V, LLC
Attn:  Dan Edwards
1750 West Broadway, Suite 111
Oviedo, FL 32765