**Fill in this information to identify the case:**

Debtor name      Bellaviva at Whispering Hills, LLC

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    6:25-bk-06655

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors       12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | **Declaration and signature** |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☒ Amended *Schedule*      Amended Sch D, Amended Summary of Sch
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    April 26, 2026            **X** /s/   Jean Marsan
                                         Signature of individual signing on behalf of debtor

                                         Jean Marsan
                                         Printed name

                                         Manager
                                         Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name     Bellaviva at Whispering Hills, LLC

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)   6:25-bk-06655

☒ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
      Copy line 88 from *Schedule A/B*...........................................................................   $    62,000,000.00

    1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*........................................................................   $    3,297.40

    1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*.........................................................................   $    62,003,297.40

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................   $    23,337,133.11

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................   $    31,901.99

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................   +$    1,129,865.28

4. **Total liabilities** .........................................................................................................................
    Lines 2 + 3a + 3b                  $    24,498,900.38

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     Bellaviva at Whispering Hills, LLC

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)   6:25-bk-06655

☒ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

| 2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | | *Column A*<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** FIG 20, LLC<br>Creditor's Name<br>FBO SEC PTY<br>PO Box 12225<br>Newark, NJ 07101-3411<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>2023<br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes. Specify each creditor, including this creditor and its relative priority.<br>1. Office of Lake County Tax Collector<br>2. Legion Capital Corporation<br>3. Nissi Geotechnical Engineering, LLC<br>4. TLOA of Florida, LLC<br>5. Mariah Taylor<br>6. FIG 20, LLC<br>7. FTL INC. & Banesco USA<br>8. Mercury Funding LLC<br>9. FIG 25, LLC<br>10. GABO Investments LLC | **Describe debtor's property that is subject to a lien**<br>Real Property described in attachment to Schedule A<br><br><br>**Describe the lien**<br>Real Property Taxes<br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $376,275.34 | $62,000,000.00 |
| **2.2** FIG 25, LLC<br>Creditor's Name<br>FBO SEC PTY<br>PO Box 12223<br>Newark, NJ 07101-3411<br>Creditor's mailing address<br><br><br>Creditor's email address, if known | **Describe debtor's property that is subject to a lien**<br>See attached<br><br><br>**Describe the lien**<br>Real Property Taxes<br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes | $259,310.79 | $62,000,000.00 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

Debtor    **Bellaviva at Whispering Hills, LLC**                                Case number (if known)    6:25-bk-06655
          Name

| | |
|---|---|
| **Date debt was incurred**<br>2024<br>**Last 4 digits of account number** | **Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes. Specify each creditor, including this creditor and its relative priority.<br>Specified on line 2.1 | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

**2.3    FTL INC. & Banesco USA**                                                                    $9,471.37          $62,000,000.00
         Creditor's Name

3155 NW 77 Ave
Miami, FL 33122
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Real Property described in attachment to
Schedule A

**Describe the lien**
Real Property Taxes

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
2023
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.1

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4    GABO Investments LLC**                                                                      $373.21            $62,000,000.00
         Creditor's Name

1428 Ridge Street
Kissimmee, FL 34744
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
See attached

**Describe the lien**
Real Property Taxes

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
2023
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.1

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.5    Legion Capital Corporation**                                                                $22,045,591.00     $62,000,000.00
         Creditor's Name

301 E Pine St., Ste. 850
Orlando, FL 32801
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Real Property described in attachment to
Schedule A

**Describe the lien**
Note and Mortgage

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**                          page 2 of 5

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

| Debtor | Bellaviva at Whispering Hills, LLC | Case number (if known) | 6:25-bk-06655 |
|---|---|---|---|
| | Name | | |

---

Creditor's email address, if known

**Date debt was incurred**
2022

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.1

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

---

| 2.6 | Luca 2, LLC | **Describe debtor's property that is subject to a lien** | $72,219.78 | $0.00 |
|---|---|---|---|---|

Creditor's Name

2170 Main Street, Suite 404
Sarasota, FL 34237

Creditor's mailing address

Real Property described in attachment to Schedule A

**Describe the lien**
Real Property Taxes

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Date debt was incurred**
2023

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | Mariah Taylor | **Describe debtor's property that is subject to a lien** | $343.77 | $62,000,000.00 |
|---|---|---|---|---|

Creditor's Name

PO Box 8
Argyle, FL 32422

Creditor's mailing address

Real Property described in attachment to Schedule A

**Describe the lien**
Real Property Taxes

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Date debt was incurred**
2024

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.1

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | Mercury Funding LLC | **Describe debtor's property that is subject to a lien** | $161,299.29 | $62,000,000.00 |
|---|---|---|---|---|

Creditor's Name

PO Box 772837

Real Property described in attachment to Schedule A

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

| Debtor | Bellaviva at Whispering Hills, LLC | Case number (if known) | 6:25-bk-06655 |
|---|---|---|---|
| | Name | | |

Memphis, TN 38177
Creditor's mailing address

**Describe the lien**
Real Property Taxes

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
2024

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.1

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | Nissi Geotechnical Engineering, LLC | | $6,900.00 | $62,000,000.00 |
|---|---|---|---|---|

Creditor's Name

408 W Renfro St., Ste. 107J
Plant City, FL 33563
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Real Property described in attachment to Schedule A

**Describe the lien**
Mechanic's Lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
2025

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.1

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

| 2.10 | Office of Lake County Tax Collector | | $373,430.58 | $62,000,000.00 |
|---|---|---|---|---|

Creditor's Name

325 N. Barrow Ave.
Tavares, FL 32778
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Real Property described in attachment to Schedule A

**Describe the lien**
Real Property Taxes

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
2025

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.1

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | Bellaviva at Whispering Hills, LLC | Case number (if known) | 6:25-bk-06655 |
|---|---|---|---|
| | Name | | |

| 2.1 1 | TLOA of Florida, LLC | **Describe debtor's property that is subject to a lien** | $31,917.98 | $62,000,000.00 |
|---|---|---|---|---|

**Creditor's Name**
TLOA Services, LLC
as Custodian for Secured
Party
PO Box 669488
Dallas, TX 75266-9488

Describe debtor's property that is subject to a lien
Real Property described in attachment to
Schedule A

Creditor's mailing address

**Describe the lien**
Real Property Taxes

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
2023
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.1

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $23,337,133.11 |

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Spencer Fane LLP<br>Attn: Patrick M. Mosley, Esq.<br>201 North Franklin Street<br>Suite 2150<br>Tampa, FL 33602 | Line  2.5 | |
| Wright, Fulford, Moorhead & Brown, P.A.<br>Attn:   Timothy R. Moorhead, Esq.<br>505 Maitland Avenue<br>Suite 1000<br>Altamonte Springs, FL 32701 | Line  2.9 | |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

FIG 20, LLC
FBO SEC PTY
PO Box 12225
Newark, NJ 07101-3411


FIG 25, LLC
FBO SEC PTY
PO Box 12223
Newark, NJ 07101-3411


FTL INC. & Banesco USA
3155 NW 77 Ave
Miami, FL 33122


GABO Investments LLC
1428 Ridge Street
Kissimmee, FL 34744


Luca 2, LLC
2170 Main Street, Suite 404
Sarasota, FL 34237


Mariah Taylor
PO Box 8
Argyle, FL 32422


Mercury Funding LLC
PO Box 772837
Memphis, TN 38177


TLOA of Florida, LLC
TLOA Services, LLC
as Custodian for Secured Party PO Box 66
Dallas, TX 75266-9488