**ORDERED.**

Dated: April 30, 2026

_[signature]_

Grace E. Robson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| Bellaviva at Whispering Hills, LLC, | ) | Case No. 6:25-bk-06655-GER |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |

### ORDER (1) DENYING MOTION TO ALLOW LATE-FILED CLAIM FILED BY ANNA W. BILLINGSLEY AND (2) OVERRULING OBJECTION TO CLAIM AS MOOT

THIS CASE came before the Court for a hearing on April 29, 2026 at 1:30 p.m. (the "Hearing") on the _Motion to Allow Late-Filed Claim_ (Doc. No. 96) (the "Motion") filed by Anna W. Billingsley ("Ms. Billingsley") and the Objection[1] thereto filed by Debtor Bellaviva at Whispering Hills, LLC ("Debtor"). Notice of the Hearing was sent to Ms. Billingsley,[2] but she did not appear for the Hearing. The Court has reviewed the Motion, the Objection, and the late-filed proof of claim[3] filed by Ms. Billingsley.

Ms. Billingsley argues that her late-filed claim should be allowed as timely filed because she never received notice of the bankruptcy case. Debtor filed a declaration stating that Ms.

---

[1] _Debtor's Objection to Claim #11 filed by Anna Wilma Billingsley and Objection to Motion to Allow Late-Filed Claim, Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rules 3003 and 3007_ (Doc. No. 122) (the "Objection").
[2] _See Certificate of Notice_ (Doc. No. 105).
[3] Proof of Claim No. 11-1.

Billingsley did not loan any money to Debtor and that is why she was not listed as a creditor in its bankruptcy schedules.[4] Furthermore, the proof of claim and supporting documents submitted by Ms. Billingsley contain no evidence that Debtor is liable for the debt subject of Ms. Billingsley's claim. Therefore, because Debtor is not obligated on the debt owed to Ms. Billingsley, she is not a creditor, and Debtor was not required to provide Ms. Billingsley with notices in this case.

Accordingly, it is **ORDERED** as follows:

1.      The Motion (Doc. No. 96) is **DENIED**.

2.      That part of the Objection (Doc. No. 122) objecting to Claim No. 11 is **OVERRULED** as moot based on denial of the Motion.

# # #

The Clerk's Office is directed to serve a copy of this Order on all interested parties and Ms. Billingsley at 11282 SW Lake Park Dr., Port St. Lucie, Florida 34987.

---

[4] *See* Objection, Ex. B, ¶ 5.